199 So. 904

**ESTATE of Connie GRADY, Dec'd. John T. GRADY, Adm'r et al. v. Clyde DRUMMOND, Adm'r.**

**6 Div. 647.**

Supreme Court of Alabama.

Dec. 2, 1940.

H. A. Burns, of Birmingham, for appellants.

Herbert J. Ward, of Birmingham, for appellee.

PER CURIAM.

Affirmed on confession of no error in record.